COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:         01-13-00960-CR

Style:                Ronnie Dustin Harrison

                      **v.** The State of Texas

Date motion filed[*]:   February 18, 2014

Type of motion:       Motion for extension of time to file reporter's record

Party filing motion:  Court reporter

Document to be filed: Reporter's record

Is appeal accelerated?      No

If motion to extend time:
    Original due date:                          October 17, 2013
    Number of previous extensions granted:          Current Due date:
    Date Requested:                             March 18, 2014

Ordered that motion is:

☑       Granted

        If document is to be filed, document due: **March 18, 2014**

        ☐       The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐       Denied

☐       Dismissed (*e.g.*, want of jurisdiction, moot)

☐       Other: _____

_____

_____

_____

_____

Judge's signature:  /s/ Jim Sharp_____
                    ☑ Acting individually     ☐ Acting for the Court

Panel consists of   _____

Date: February 25, 2014_____

November 7, 2008 Revision